# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

MICHEL KECK, et al.,

   *Plaintiff-Appellants/Cross-Appellees*,

   v.

MIX CREATIVE LEARNING CENTER, L.L.C., et al.,

   *Defendant-Appellees/Cross-Appellants*.

Civil Appeal No. 23-20188

## **UNOPPOSED AND FIRST MOTION FOR EXTENSION OF TIME TO FILE CROSS-APPEAL RESPONSE-AND-REPLY BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and to the rules of the U.S. Court of Appeals for the Fifth Circuit, Appellant Michel Keck hereby moves, and respectfully requests, to extend the time to file her Response-and-Reply Brief by 30 days, up to and including  days, up to and including **Monday, February 5, 2024**.

This is the **first** extension request for this brief and this extension request is **unopposed**. Ms. Keck's counsel have conferred via email with opposing counsel and have confirmed that this extension will not be opposed. (Ms. Keck also indicated that she would reciprocate and would *not* oppose a similar reciprocal extension for opposing counsel's cross-appeal reply brief, due to be filed in the next round of this briefing.)

1

Ms. Keck's appellate counsel have been and will be extraordinarily busy in the time period since filing. The Appeal Answering Brief (Cross-Appeal Opening Brief) was filed on December 6, 2023. Since that time, Ms. Keck's counsel had to (1) prepare for a complicated oral argument in the Eighth Circuit (No. 22-3355); (2) overcome illness of both of her nonprofit appellate counsel; (3) have been working on a number of appeals; and (4) have been spending time with friends and family to observe the Advent / Holiday / Christmas season.

In the period of the extension, Ms. Keck's appellate counsel have a number of additional demands, including (1) responding to a complex motion to dismiss in the Southern District of New York (No. 1:23-cv-04776); (2) filing a complaint for constitutional violations; (3) beginning a Second Circuit appeal; (4) filing an opening brief in a Ninth Circuit appeal (No. 23-35289); (5) responding to a complex motion and filing an appellate reply brief in a First Circuit appeal (No. 23-1214); (6) many other filings.

\* \* \* \* \*

Given that this motion is **unopposed**, that this is the **first** extension sought for this brief; that this is a relatively complex appeal; that appellate counsel face a heavy press of business; and for other good cause shown, Ms. Keck, through appellate counsel, respectfully requests, a 30-day extension of time to file her response-and-reply brief, up to and including **Monday, February 5, 2024**.

Date: December 26, 2023		Respectfully submitted,

		*/s/ Andrew Grimm*
		Andrew Grimm
		DIGITAL JUSTICE FOUNDATION
		15287 Pepperwood Drive
		Omaha, Nebraska 68154
		(531) 210-2381
		Andrew@DigitalJusticeFoundation.org

		*Attorney for Michel Keck*

## CERTIFICATE OF COMPLIANCE

This Motion contains **519** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: December 26, 2023                    Respectfully submitted,

                                           */s/ Andrew Grimm*
                                           Andrew Grimm

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Service upon opposing counsel has been completed by the appellate CM/ECF system.

Date: December 26, 2023          Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm