# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| MICHEL KECK, et al., <br><br> *Plaintiff-Appellant/Cross-Appellees*, <br><br> v. <br><br> MIX CREATIVE LEARNING CENTER, L.L.C., et al., <br><br> *Defendant-Appellees-Cross-Appellants*. | Civil Appeal No. 23-20188 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FEES MOTION FILED BY APPELLEES / CROSS-APPELLANTS

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and to the rules of the U.S. Court of Appeals for the Fifth Circuit, the undersigned counsel on behalf of Ms. Michel Keck, of the DIGITAL JUSTICE FOUNDATION, and of Mr. Andrew Grimm hereby moves **unopposed** and respectfully requests a 14-day extension of the time from this Honorable Court to respond to the motion filed by Appellees / Cross-Appellants in the above-captioned case, up to and including **Monday, October 20, 2025**.

*First*, this extension request is **unopposed**. The undersigned had emailed the movant's counsel to confer on this extension and when inquiring that this extension is unopposed the counsel confirmed as much and the professional courtesy is appreciated.

1

***Second***, the undersigned had sought and received prior extensions in light of major and extraordinary circumstances in his life that are worth recounting since they explain the time period of extensions.

The undersigned had for an extended period of time been dealing the continuing professional and personal effects of a sudden and unexpected death of someone very important in his life, which had led to a lot of turmoil and unexpected demands such as unplanned emergency travel, working on an obituary, funeral arrangement, assisting with the making of financial arrangements for the deceased's survivors. In addition, the undersigned had been dealing with an ailing elderly parent who had to be hospitalized for a significant period for an unexpected illness and emergent surgery, followed by a difficult recovery – a recovery that left him concerned he would lose his father.

The undersigned has had significant obligations in a number of cases that had accumulated and built up during this period due to the need to take time off to attend to the death, an ailing parent, and physical injury and illness – and is still working down these timeframes. Among them, the undersigned is dealing with an extremely complicated wrongful-death action involving the death of many children and the undersigned needs time to attend to that matter and the case implicates novel questions of subject-matter jurisdiction and is back on remand from the U.S. Supreme Court.

***Third***, in the past few weeks, the undersigned has been dealing with some disruptive health issues that, while not serious, have severely hampered ability to work, causing a build-up in work. For example, an unrelenting eye irritation made it difficult for the undersigned to work. There were other health disruptions / issues that interfered with work.

***Fourth***, there has been highly time-sensitive developments in other cases, including for example, a case where a failure to act quickly to conduct necessary research on an issue and respond to an offer of judgment (accepted) would've resulted in a federal judge wasting a lot of time deciding a motion that would become moot by the offer and acceptance. In other matters, there have been unexpected challenges and no other attorneys who would be reasonably willing and able to represent the client.

***Fifth***, the undersigned understands that Miss Keck intends to respond to the motion *pro se*. The undersigned was originally retained to oppose a fee motion that was filed in the Court of Appeals. Ms. Keck has since decided that she wants to file *pro se*. Accordingly, the undersigned would like to take the time to ensure that Ms. Keck is informed of the governing precedents and legal standards to ensure that she can adequately address them – and needs this additional time in order to perform this role.

*Sixth*, it is respectfully submitted that the procedural posture of the motion and the substantive issues, including the research needed to complete the motion responses.

*Seventh*, neither the undersigned nor the non-profit he works at have even opposed an extension request in any forum for any reason and regularly offer opposing counsel more time than they request.

*****

The above-stated reasons warrant a substantial extension of time for the motion respondents.


Date: October 6, 2025          Respectfully submitted,

                                           */s/ Andrew Grimm*
                                           Andrew Grimm
                                           DIGITAL JUSTICE FOUNDATION
                                           15287 Pepperwood Drive
                                           Omaha, Nebraska 68154
                                           (531) 210-2381
                                           Andrew.B.Grimm@Gmail.com

# CERTIFICATE OF COMPLIANCE

This filing contains **790** words.

This filing was prepared in Microsoft Word using Times New Roman 14-point font.

Date: October 6, 2025                                  Respectfully submitted,

                                                      */s/ Andrew Grimm*
                                                      Andrew Grimm

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate electronic-filing system.

Date: October 6, 2025                    Respectfully submitted,

                                         */s/ Andrew Grimm*
                                         Andrew Grimm